## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 16 B 05164 |
| Dalia Radecki, ) | |
| ) | |
| ) | Chapter 13 |
| Debtors. ) | |
| ) | |
| ) | Honorable Judge Jacqueline P. Cox |
| ) | |

### NOTICE OF MOTION

TO:   See attached Service List

PLEASE TAKE NOTICE that on March 28 2016 at 9:00 a.m., the undersigned will appear before the Honorable Judge Jacqueline P. Cox at the Dirksen Federal Building, 219 S. Dearborn, Room 680, Chicago, Illinois, 60604 and will then and there present the attached **MOTION TO AVOID JUDICIAL LIEN OF THE ESTATE OF MICHAEL J. CERKANOWICZ, DECEASED (07 P 6835) RECORDED AS COOK COUNTY RECORDER DOCUMENT NUMBERS 1305644122, 1302218046 AND 1219116106**, at which time you may appear if you so choose.

### Certificate of Service

I, Paul Bach, hereby certify that I caused a copy of this notice to be served by the method stated on the attached service list upon the above parties on March 21, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   /S/ PAUL M. BACH
      SULAIMAN LAW GROUP, LTD.
      COUNSEL FOR DEBTOR(S)
      900 JORIE BOULEVARD, SUITE 150
      OAK BROOK, IL 60523
      PHONE: (630) 575-8181
      FAX: (630) 575-8188
      ATTORNEY NO: 6209530

## SERVICE LIST

**Tom Vaughn, Chapter 13 Trustee**      **VIA ECF ELECTRONIC DELIVERY**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

**Dalia Radecki**      **VIA FIRST CLASS US MAIL**
1623 W. 16th Street
Chicago, IL 60608

**William T Neary**      **VIA ECF ELECTRONIC DELIVERY**
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350 B
Chicago, IL 60606

**THE ESTATE OF MICHAEL J. CERKANOWICZ, DECEASED (07 P 6835)**
C/O Zane D Smith      **VIA FIRST CLASS US MAIL**
Zane, Smith & Associates, Ltd.
415 N. LaSalle Street
Suite 300
Chicago, IL 60610

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | NO. 16 B 05164 |
| Dalia Radecki, ) | |
| ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | Honorable Judge Jacqueline P. Cox |
| ) | |

**MOTION TO AVOID JUDICIAL LIEN OF THE ESTATE OF MICHAEL J. CERKANOWICZ, DECEASED (07 P 6835) RECORDED AS COOK COUNTY RECORDER DOCUMENT NUMBERS 1305644122, 1302218046 AND 1219116106**

**NOW COMES** the Debtor, Dalia Radecki, by and through her attorneys, Sulaiman Law Group, Ltd., and pursuant to 11 U.S.C. §522(f) moves this Honorable Court to Avoid The Estate of Michael J. Cerkanowicz, Deceased (07 P 6835)'s Judicial Liens, and in support thereof states:

1. This is a motion brought by the Debtor pursuant to 11 U.S.C. § 522(f) to avoid the Judicial Liens of The Estate of Michael J. Cerkanowicz, Deceased (07 P 6835) ("the Estate") recorded as Cook County Recorder Document Numbers 1305644122, 1302218046 and 1219116106.

2. The Debtor alleges that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

3. The Debtor further alleges that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 228 of the United States Code.

4. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on February 17, 2016.

5. On March 16, 2016, The Estate filed an unsecured non-priority proof of claim (6-1) for $89,100.00. *See* attached Exhibit A, a true and accurate copy of the proof of claim filed by The Estate on March 16, 2016.

### 1623 W. 16th Street, Chicago, Illinois 60608

6. Debtor currently resides and owns the real property located at 1623 W. 16th Street, Chicago, Illinois 60608 ("16th Street property").

7. The current market value of the 16th Street property is $205,000.00. *See* attached Exhibit B, a true and accurate copy of an appraisal for the 16th Street property by Jonathan E. Gutstein, Illinois Certified Residential Appraiser.

8. Wells Fargo Bank, N.A. holds a first mortgage lien in the approximate amount of $158,087.00 as to the 16th Street property.

9. Upon information and belief, the Wells Fargo Bank, N.A. is the only consensual lien encumbering the 16th Street property.

### 6837 S. Komensky, Chicago, Illinois 60629

10. Debtor currently additionally owns the real property located at 6837 S. Komensky, Chicago, Illinois 60629 ("Komensky property").

11. The current market value of the Komensky property is $205,000.00.

12. Bank of NY Mellon/Caliber Home Loans holds a first mortgage lien in the approximate amount of $281,556.58 as to the Komensky property.

13. EMC Mortgage/JPMorgan Chase Bank, N.A. holds a second mortgage lien in the approximate amount of $13,477.00 as to the Komensky property.

14. Upon information and belief, Bank of NY Mellon/Caliber Home Loans and EMC Mortgage/JPMorgan Chase Bank, N.A. are the only consensual liens encumbering the Komensky property.

### The Estate's Judgment Lien against the Debtor

15. Based on Proof of Claim 6-1, The Estate obtained a monetary default judgment against the Debtor in the amount of $89,100.00 on June 8, 2012.

16. The Estate recorded their judgment as Cook County Recorder Document Numbers 1305644122, 1302218046 and 1219116106 against the Debtor. *See* attached Exhibit B is a true and accurate copy of the Memorandum of Judgment.

17. Pursuant to 11 U.S.C. §522(f), "a debtor may avoid a judicial lien to the extent it impairs an exemption to which the debtor would otherwise be entitled to." *In re Vokac*, 273 B.R. 533, 556 (Bankr.N.D.Ill 2002).

18. The Debtor is entitled to and has claimed the maximum homestead exemption pursuant to 735 ILCS/5/12-901 and 5/12-902 as to the 16th Street property. The Debtor is entitled to and has also claimed an exemption pursuant to the Wildcard Exemption pursuant to 735 ILCS/5/12-1001(b) as to the Komensky property . *See* attached Exhibit D is a true and accurate copy of Debtor's Amended Schedule C filed with this Honorable Court.

19. "When the property's value, minus the sum of (i) other liens, (ii) the exemption and (iii) the judicial lien, produces a negative number, this is the extent to which the lien should be

avoided. This is the extent to which the exemption is impaired. It may be more or less than the face amount of the judicial lien and may result in a full or a partial avoidance of that lien." *Sheth v. Affiliated Realty & Mgmt. Co (In re Sheth)*, 225 B.R. 913 (Bankr.N.D.Ill 1998).

20. Applying the formula set forth in *Sheth* nets the following result as to the 16th Street property:

| | |
|---|---|
| Property Value: | $205,000.00 - |
| Wells Fargo Bank, N.A.'s Lien: | $158,087.00 |
| Homestead Exemption: | $15,000.00 |
| | $31,913.00 |

21. Applying the formula set for in *Sheth* nets the following result as to the Komensky property:

| | |
|---|---|
| Property Value: | $205,000.00 |
| Bank of NY Mellon/Caliber | $281,556.58 |
| EMC Mortgage/JPMorgan Chase | $13,477.00 |
| | -$90033.58 |

22. The *Sheth* formulas demonstrates that only $31,913.00 of net equity exists between the 16th Street property and Komensky property.

23. The Estate's' judgment liens impair the Debtor's exemptions by $57,187.00 leaving a judgment lien of $31,913.00.

24. Therefore, the lien should be avoided to the extent of $57,187.00 leaving $31,913.00 for the Estate's judgment liens to attach to as to the 16th Street property only.

**WHEREFORE**, the Debtor, Dalia Radecki, prays that this Honorable Court enter an order:

A. Avoiding the judgment liens recorded by The Estate of Michael J. Cerkanowicz, Deceased (07 P 6835) recorded as Cook County Recorder Document Numbers 1305644122, 1302218046 and 1219116106 on June 8, 2012 in the Office of the Cook County Recorder of Deeds in their entirety except leaving a judicial lien in the amount $31,913.00 against the 16th Street property;

B. That The Estate of Michael J. Cerkanowicz shall be treated as an secured claim in the amount of $31,913.00 and an unsecured claim if allowed; and

C. For such other relief as the Court deems fair and proper.

Dated: March 21, 2016

Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach, Esq.
Attorney for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone: (630) 575-8181