## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE | ) Bankruptcy No.: 16-05164 |
| | ) |
| Dalia Radecki, | ) Chapter 13 |
| | ) |
| | ) Modified Plan filed on 4/6/2016 |
| Debtor. | ) Confirmation Hearing:  4/11/2016 |
| | ) Hon. Jacqueline Cox |

### OBJECTIONTO MODIFIED PLAN FILED ON 4/6/2016

**NOWCOMES** creditor, Estate of Michael Cerkanowicz, deceased by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Honorable Court deny the confirmation of Debtor's Modified Plan filed on April 6,2016 and in support thereof, states as follows:

1. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code of February 17, 2016 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

2. Movant filed a claim and an adversary complaint based upon the fact that the judgment entered against Debtor in the Probate Court of Cook County, Illinois was as a result of theft and dishonesty.

3. Debtor filed a modified plan on April 6, 2016 claiming that her monthly income is $7,019.48 and her household expenses are $2,835.21 leaving $4,184.17 for  plan payment.

4. In schedule I  Debtor claims she is paid $1,500 per month in rent, yet during a citation proceeding in the underlying action, Debtor testified that she does not receive rent from her daughter for the Komensky house.  Also, during the Creditors meeting she testified that her

daughter does not pay her rent but rather pays the mortgage on the property[1]. She further testified that she did not know the last time that her daughter paid the mortgage.

5. Based upon the schedules filed by Debtor and her failure to list the mortgage payments and any maintenance on the properties movant believes that the true monthly expenses of Debtor are approximately $8,100.00 and therefore, Debtor would be unable to pay $4,184.17 each month as the plan payment.

WHEREFORE, Estate of Michael Cerkanowicz, deceased prays this Honorable Court deny confirmation of the plan and for such other relief as this Court deems just and proper.

Respectfully submitted,

By:   /s/Zane D. Smith

CERTIFICATE OF SERVICE

I, Zane D. Smith, an attorney, on oath state that I served the foregoing to all attorneys of record by use of the Court's electronic filing system (CM/ECF) on April 7, 2016, before the hour of 5:00 P.M. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

/s//Zane D. Smith
Zane D. Smith

Zane D. Smith
Zane D. Smith & Associates, Ltd.
415 N. LaSalle St., Suite 501
Chicago, Illinois 60654
T: 312-245-0031
Attorney I.D.  6184814

---

[1] The property is currently in foreclosure.