## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | CASE NO. 16-05164 |
| | ] | |
| Dalia Radecki; | ] | CHAPTER 13 |
| | ] | |
| Debtor(s). | ] | JUDGE Jacqueline P. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 20, 2016 at 9:00 AM, or soon thereafter as counsel may be heard, I shall appear before the Honorable Jacqueline P. Cox or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in Room 680 at 219 South Dearborn Street, Chicago, IL 60604, and move to present the attached motion.

/s/ Nisha B. Parikh
Attorney for Creditor

NOTE: This law firm is deemed to be a debt collector.

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2016 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Paul M. Bach, Debtor's Counsel

Tom E. Vaughn, Trustee

Patrick S. Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

Dalia Radecki, 1623 West 16th Street, Chicago, IL 60608

/s/ Leena A. Thalackal

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ] | CASE NO. 16-05164 |
| | ] | |
| Dalia Radecki; | ] | CHAPTER 13 |
| | ] | |
| Debtor(s). | ] | JUDGE Jacqueline P. Cox |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1, secured creditor herein, by and through its attorneys, ANSELMO LINDBERG OLIVER LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on February 17, 2016.

5. The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 holds a mortgage secured by a lien on debtor's real estate commonly known as 6837 South Komensky Avenue, Chicago, IL 60629.

6. There is no equity in the property as the value is $207,000.00, per Schedule A/B and the total payoff amount is $293,633.99. EMC Mortgage/Chase has a subsequent lien in the amount of $13,477.00 and the Estate of Michael J. Cerkanowiz has a subsequent lien in the amount of $91,000.00 (per Schedule D).

7. The loan is past due for the March 1, 2016 to June 1, 2016 payments in the amount of $751.37 each. The total default is $3,005.48, not including attorney fees and costs for bringing this motion.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The movant requests the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay.

          The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1

/s/ Nisha B. Parikh

Anselmo Lindberg Oliver
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-69690 | 866-402-8661 | 630-428-4620 (fax)
bankruptcy@ALOLawGroup.com
Firm File Number: B16030017

**This law firm is deemed to be a debt collector.**